## Thomas *v.* Hutchinson, Appellant.

Argued April 11, 1973. *Bruce R. Martin,* for appellant; *Frederick N. Egler,* with him *Egler, McGregor & Reinstadtler,* for appellee.

Judgment affirmed.

## Waizenhofer *v.* Waizenhofer, Appellant.

Argued April 12, 1973. *C. Donald Gates, Jr.,* with him *Brandt, McManus, Brandt & Malone,* for appellant; *Gilbert E. Morcroft,* for appellee.

Order affirmed.

## Weitzel *v.* Tinker, Appellant.

Argued April 10, 1973. *Lee A. Montgomery,* with him *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe, Montgomery,* for appellant; *William C. Robinson,* with him *Henninger & Robinson,* for appellee.

Judgment affirmed.